Attorney General, *John Austin Murphy*, Special Asst. Attorney General, for respondent. *Bevilacqua & Cicilline, John F. Cicilline,* for petitioner.

M. P. No. 75-125. HERMAN G. BROWN *v.* VINCENT T. IZZO *et al.* No memorandum in opposition having been filed by the respondent as provided by Sup. Ct. R. 28 (b), the petition for writ of certiorari is granted. The petitioner's motion for early assignment is denied. *Michael F. Hotan, Joseph A. Lamagna,* for petitioner. *Louis A. Mascia, City Solicitor,* for respondents.

M. P. No. 75-127. BRISTOL COUNTY WATER COMPANY *v.* PUBLIC UTILITIES COMMISSION. Motion of petitioner for suspension of order of Public Utilities Commission is denied. *Coffey, Mc-Govern and Novogroski, John G. Coffey, John G. Coffey, Jr.,* for petitioner. *Julius C. Michaelson,* Attorney General, *R. Daniel Prentiss,* Special Asst. Attorney General, for respondent. *Michael DeFanti,* Town Solicitor, for Town of Barrington.

M. P. No. 75-128. JAYNE ANNE DRESSER *et al. v.* A.T. & G., INC. *et al.* Petition for writ of certiorari granted. *Lavine and Sutherland, Paul P. Baillargeon,* for petitioners. *Macktaz, Keefer and Kirby, Paul A. Fontaine,* for respondents.

M. P. No. 75-137. MICHAEL O. MASSEY *v.* JAMES W. MULLEN, *Warden.* Petition for writ of habeas corpus is assigned to Monday, July 7, 1975, for oral argument. The petitioner's pro se request to engage in oral argument on his own behalf is denied. *William F. Reilly,* Public Defender, *Allegra E. Munson,* Asst. Public Defender, for petitioner. *Julius C. Michaelson,* Attorney General, *Judith Romney Wegner,* Special Asst. Attorney General, for respondent.

M. P. No. 75-176. RHODE ISLAND STATE POLICE *v.* FRANK J. KOWAL. Petition for writ of certiorari is granted. The order of the District Court ordering the return of certain firecrackers and fireworks is stayed pending further order of court.